No. 98–7571.  CROSS v. UNITED STATES PAROLE COMMISSION. C. A. 7th Cir.  Certiorari denied.

No. 98–7661.  VANN v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 98–7723.  VENEGAS-ORTEGA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7861.  DE LEON-CASTANEDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7982.  OWENS v. LIVERGOOD ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–8000.  ROCHON v. CITY OF ANGOLA, LOUISIANA, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 98–8015.  WALLS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 98–8030.  BROWN v. HUBBARD, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–8039.  VARGAS v. THOMPSON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 98–8041.  WATKINS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 98–8045.  SIMON v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 98–8057.  HUNTER v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–8058.  SAN MARTIN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 98–8063.  SNEED v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 98–8069.  LAMBIRTH v. YEARWOOD, WARDEN.  C. A. 9th Cir.  Certiorari denied.